CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
JUL 22 2024
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

From:
Brandon Crosby

To:
Clerk of U.S. Dist. Ct.
W. Dist. of VA.

Re: Submission of Amended Complaint, 7:24CV00234

This is my Amendent Complaint to the Above styled Case.

7/4/24
Date

Respectfully
[signature]

DEPUTY CLERK

In The United States District Court
For The Western District of Virginia
Roanoke Division

Class Action With Jury Demanded

Brandon Crosby, Sidney Bowman, Jarmaine Free, Jamaria Crawford
VA DOC-RHU Inmates
Plaintiffs,

Case No. 7:24cv00234

V.

Larry Collins et al.,

## Introduction

This is a Civil rights action filed By Brandon Crosby, Sidney Bowman, Jarmaine Freeny, Pro Se On Behalf of VA DOC-RHU inmates and those similarly Situated For injunctive relief, Declatory relief, Punitive and Compensatory Damages for those specified Under U.S.C § 1983. Claiming Deliberate indiffrence, Cruel and Unusual punishment and Bystander liability All in Violation of The 8th Amendment to the United States Constitution. As Well as Denial of Due proces and The Malice N Force

Clause, in Violation of the 14th Amendment of the United States Constitution. Plantiff also Claims the torts of gross negligence, Mental Anguish and Intentione infliction of emotional Distress all Under Virginia law.

## Jurisdiction

1. This Court has Jurisdiction over the Plantiffs Claims of Violation of federal Constitutional rights Under 42 U.S.C 1331(1) and 1343.

2. This Court has Supplemental Jurisdiction over Plantiffs State law tort Claims aginst Defendants in there Individual Capacity Under 28 U.S.C § 1367.

3. Plantiff Seeks Injunctive relief pursuant to 28 U.S.C § 2283 and 2284, Rule 65 of Fed. R. Civ. P.

4. The United States District Court for the Western District of Virginia, Roanoke Virginia is an appropriate Venue Under 28. U.S.C § 1391 (B)(2).

## Parties

5. Plantiffs Brandon Crosby, Sidney Bowman, Jarmaine Free and Collectively VA DOC RHU Inmates / Similarly Situated, Were at Red Onion State Prison in VA DOC at (all times of

This Claim.

6. Defendant Larry Collins Was The Unit Manager of C-Building at all times of this Action. He is responsible for the Safety, Security and Well Being of all Inmates in His Building.

7. Defendant David Robinson Was the Chief Of Correctional Operations for (VDOC) at all times of this Claim. He is the Signatory of the Active 841.4 and 841.6 Policies relevant to this Claim that Violates the rights of the Class. He has a Duty to insure that his policies Dont Violate the rights of those affected By it.

8. Defendant Randall Mathena Was the Director of Security and Correctional enforcement for (VDOC). He Was the reviewer Of the 841.4 Policy that governed the incident and every Denial of Activity; that Violates the rights of the Class. He has a Duty to Know what is Clearly established and to insure that the Policy or any Policy he reviews Does not Violate the rights of those affected By it.

9. Defendant Lois Fegan Was the Chief of "Restorative Housing" for (VDOC) She is the Content owner of the Active 841.4 Policy that Violated and Still Violates the rights of (collectively All RHU inmates). She has a Duty to Know What is Clearly Established and insure the Policy Doesnt Violate the rights of those affected By it.

10. Defendant Jermiah Fitz Jr. Was the active Correctional Operations administrator for (VDOC) at all times of this Claim. He Was the Reviewer Of the active 841.6 Policy that governed this

incident that Violates the rights of the Class. He has a Duty to Know what is Clearly established and not Violate the rights of those affected By it.

11. Defendant Rose Dorbin Was the Correctional Operations manager for (VDOC) at all times of this Claim. She is the Content Owner of the active 841.6 policy that Governs this incident that Violates plantiffs / classes rights. She has a Duty to Know what is clearly established and insure the policy Doesnt affect those who are affected By it.

12. Defendant Greogery Holloway Was the Regional Administrator for the Western Region of (VDOC) at all times of this Claim. He Has a Duty to Make Sure the Classes rights arent Violated.

13. Defendant Rick White Was the Active Warden at Red Onion State prison in (VDOC) at all times of this Claim. He has a Duty to make sure the Classes rights arent Violated and are Protected

14. Defendant Johnny hall Was the Active Major (Chief of Security at Red Onion State prison at all times of this Claim. He has a Duty to make Sure the Classes rights arent Violated and are protected

15. Defendant Jordan Flemings Was the active Building Lutenant for C-Building at Red Onion State Prison in (VDOC) at all times of this Claim. He has a Duty to insure the Classes rights arent Violated and are protected.

16. Defendants Sgt.s Burke, Smith, RosenBomb. Were all active Building Sergeants for C-Building at Red Onion State Prison in (VDOC). at all times of this Claim. They have a Duty to insure that the Classes rights arent Violated and are Protected.

17. All Defendants are sued in there individual and official Capacity. All Defendants Acted under Color of State law and outside the Scope of their Duties, with respect to the limits of the Capacity.

## I. Summary Of Claims

18. On 9/11/20 Rose Durbin, Jermiah fitz Jr 9/24/20, A. David Robinson 9/28/20 All Signed off on 841.6 (Viz. Attachment 1). This Policy Allows plaintiffs and the Classes rights to Be Violated past and present Because It Allows on a Daily Basis Denial of Showers, rec or any out of cell Activity with no Justification or ~~Due~~ process. [Viz 841.6 [Attachment 1], Pg. 5 § H (I) (1-4)]. (Viz. Exhibits 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14), Allowing this Behavior, not ensuring there rights.

19. On August 1, 2021 Lois fegan, Randall C. Matheny, and David Robinson All Initiated 841.4 (Viz. Attachment 2) Which Denies the Class and plaintiffs Basic Neccesity to 1hr of out of Cell excercise in the Sun or A Fit Area the Correct Size. (Viz. Exhibits 1, 4, 5, 6).

20. In All RHU Pods Inmates have log sheets and are asked whether they want (accept) an activity or dont (Refuse). On a Daily Basis inmates who accept there rec or activity are Being Denied Using the Authority of a "Denial Of Activity log", Which provides no Due process, Just Denial off of pure allegations or reasons that have no penalogical intrest Because there Security measurements put in place. (Viz. Exhibits 1, 4-14).

21. On 9/7/23 an incident occured where inmate Fausgnaught was taken to the rec cages, then a hour later a Correctional ofc. came outside and said that his rec was being taken because he "Allegedly" threatened this Correctional ofc. an hour before he was brought outside, inside the Building. The correctional ofc. still put him in the rec cage even after this Alleged threat. He was given no Due process and had to take him inside the same way he was took in at the end of the situation.

22. On 9/8/23 Gregory Holloway Authorized Rick White and Major Hall, Unit Manager Collins, Lt. Flemings, Sgt's Burke Smith and RosenBomb to enforce a sanction of 30 days of being chained to A table (This was enforced on Plantiffs as well as other individuals) in which they had no charge, or hearing with a finding of guilt to impose sanction. No where in any Policy even the Disciplinary Does it Allow Excercise to Be taken.

23. Plantiff informed every Defendant they had Communication with that this was not Allowed and even showed them they were required exercise. (Viz. Exhibits 1,4,5)

24. The tables that they were made to sit on for 4 hrs + are more restrictive than Ambulatory (4 or 5 point) Restraints. They allow minimum movement and are all steel. The hand cuffs are put in the front of you and are secured to a 6"-10" cable with a Black Box and Padlock. The Shackles are secured to the Bottom of the table and you cant raise your legs and can barely stand up. You must sit at the table for 4hrs

No Books Allowed no pen paper etc. and cant get a Bathroom Break or you forfit the rest of an out of cell activity.

25. On 10/4/23 Plantiff Brandon Crosby was Denied a Bathroom Break and ended up Urinating on himself and made sit in it for hours, then Denied a Shower. (Viz. Exhibits 2,3; Attachments 3-6). While He was Attempting to inform Lt. Flemings, Lt. Flemings told him "That Wouldnt keep happen if you didnt stick your fingers up your Ass..fagot." A form of sexual harassment.

26. On A Daily Basis Including this isolated Incident They Deny anyone who goes to rec a chance to use the restroom, Denied any out of cell Activity By Defendants Collectively with no Due process, in which an policy, reviewers Signatories, or owners policies (841.4, 841.6) allow a "Denial of Activity log" to Deprive Plantiffs and the Class RHU-Inmates There rights with no Justification. (Viz. Exhibits 6-14).

27. Defendants Collectively are implementing Willie lynch tactics that are Out Dated and Degrading.

28. At All times of this Claim Defendants Collectively had an Alternate option to provide Plantiffs 1hr of exercise.

## II. Exhaustion of Remidies

29. Plaintiffs have exhausted All Available Administrative remidies Available to them. (Viz. Exhibits 1-5).

## III. Actions and Ommissions of Defendants

30. Defendants David Robinson, Randall Matheny, Lois Fegan, Jermiah Fitz Jr and Rose Durbin all Created and allowed a policy to Be used to Violate the rights of Plaintiffs and the class, or Allows them to Be Violated. There actions Constitute the ommissions of; 14th Amendment Due process, 14th Amendment Make N Force; 8th Amendment Deliberate Indiffrence, and Cruel And Unusual Punishment: Including the State torts of gross Negligence to ACA Standards and Basic human rights as well as DOC policy that governs this incident, Personal Injury, Intentional Infliction of emotional Distress and mental Anguish.

31. Defendants Gregory Holloway, Rick White, Johnny Hall, Larry Collins, All imposed a Severe Punishment and Sanction on Plaintiffs and Class Without Justification, Denying them out of Cell Activity. They Committed the Ommissions of; 14th Amendment Due process, 14th Amendment Make N Force Clause; 8th Amendment Deliberate Indiffrence, and Cruel and unusual Punishment; Including the State torts of gross negligence to ACA Standards and Basic human Rights as well as DOC Policy that governs this Incident, Personal Injury, Intentional Infliction of emotional Distress, and Mental Anguish.

32. Defendant Jordan Flemings enforced a Severe punishment and Sanctions on plantiffs after Being informed/Knowing Otherwise. His actions Collectively Constitute the ommissions of; 8th Amendment Cruel and Unusual punishment, 8th Amendment Deliberate indiffrence, 8th Amendment Bystander liability and State torts of gross negligence to Act Standards and Doc Policy that Governs this Incident, Personal Injury, Intentional Infliction of emotional Distress and Mental Anguish.

33. Defendants Sgt's Smith, Burke, Rosenbomb enforced a Severe punishment and Sanction on plantiffs after Being informed/Knowing Otherwise. There Actions Collectively Constitute the ommissions of; 8th Amendment Deliberate indiffrence, 8th Amendment Cruel and usual punishment, 8th Amendment Bystander liability and State torts of gross negligence to ACA Standards and Doc Policy that Goverens this Incident, Personal Injury, Intentional Infliction of emotional Distress and Mental anguish.

34. Majority of VDOC policies and procedures or Standards are restricted So plantiffs Cant See or Quote them.

## IV. Physical or emotional Injuries

35. As a result of Defendants, David Robinson, Randall Mathena, Lois Fegan, Jermiah Fitz Jr., Rose Dorbin, Gregory Holloway, Rick White, Johnny Hall, Larry Collins, Jordan Flemings, Sgt's Burke, Smith, Rosenbomb, plantiffs Sustained Substantial Physical injuries Such as Hemroids, Cuts on wrist and ankles, Physical Deteriation; mental and emotional Distress and Deteriation, Causing

Moltiple visits to see mental health every week, mental Illnesses or Disabilities already had made worse, Changing of medications, Constant visits with a phsychiatrist, haulting of Communication or willingness to come out of cell out of fear of Being punished for nothing agian or staff abusing there Authority agian.

36. As a result of Defendant Jordan Flemings actions towards plaintiff Brandon Crosby, he substained humiliation, Mental Deteriction, Inflamed hemroids, A plethra of Mental health and Phsychiatrist visits, medication changes, trouble doing regular activities, Depression and high Anxiety and physical Deteriation.

37. Defendant Collectively All Severely punished plaintiffs and Class.

## V. Prayer For Relief

38. Immediately Issue an injunction to Change policies to Adhere to the Standards of Society, make sure policies Doesnt permit any Violation of rights without Adequate Due process (the same with punishment or sanctions).

39. Issue an Injunction Doing away with the "Denial Activity log," and Gurantee out of cell activity or excercise with security measures used if need Be, So there is no reason to Deny any inmate.

40. Immediately impose Sanctions for an act of gross negligence.

41. Immediately terminate Jordan Flemings for his hate Crime, Sexual harrasment and other gross negligent acts.

42. Immediately terminate Larry Collins for all acts of gross negligence.

43. Immediately impose a process that secures Plaintiffs and Classes Can Be given out of cell activity, and not Denied any right or activity without Adequate Due process or Proof of Something legitimate.

44. Issue an Injunction to Immediately Change policies and procedures in (VDOC) to uphold the Classes Rights.

IV. Award Compensatory Damages in The following Amounts:

A. Plaintiffs, Crosby, Bowman, Free all Seek Damages Pursuant to Fed. R. Civ. P. 23(b)(3).

B. Plaintiff Crosby Seeks:

1. $2500 for each Day he was Chained to the table Jointly and Severally against Defendants Robinson, Matheny, Fegan, Collins, Fitz, Dufbin, Holloway, White, Hall, Flemings, Burke, Smith and Rosenbaum for injuries suffered from punishment Being enforced Deliberately.

2. $15,000 From Defendant Flemings for Physically Degrading him, making him Sit in his urine, Sexually harassing him and Denying him a Shower.

C. Plaintiff Bowman Seeks:

1. $2500 For each Day Chained to the table Jointly and Severly aginst Defendants Robinson, Matheny, Fegan, Collins, Fitz, Durbin, Holloway, White, Hall, Flemings, Bunce, Smith, Rosenbomb for punishment imposed on him Deliberatey.

D. Plantiff Free ~~Sylvest~~ as Crawford

1. $2500 For Each Day Chained to the table Jointly and Severly aginst all Defendants for punishment imposed on him Deliberatey.

IV. Award Puntive Damages in the following
For each plaintiff

A. $5,000 each aginst All Defendants.

V. Prayer for Jury

A. Grant such other relief as it may Appear The plantiff is entitled to.

Pursuant to 28 U.S.C § 1746 I The Undersigned Declare that I have reviewed this Claim and it is Contents are true and Correct to the Best of my Knowledge.

6/26/24
Date

Brandon Crosby
Print / Signature

/ /24
Date

Print / Signature

/ /24
Date

Print / Signature

Sidney BowMan 159[illegible]
Red Onion State Prison
P.o Box 970
Pound, VA 24279

VA DEPTARTME
HAS NEITHER C
ITEM THEREFO
NOT ASSUME A
FOR IT'S CONT

RECEIVED
DATE
JUL 18 2024
MAILROOM

ENT OF CORRECTIONS
CENSORED OR INSPECTED
RE THE DEPARTMENT DOES
ANY RESPONSIBILITY
ENTS

US POSTAGE PITNEY BOWES
ZIP 24279 $ 002.04⁰
02 4W
0000366944 JUL 18 2024

United States District Court
Office of the Clerk
210 Franklin RD., Rm.540
Roanoke, VA 24011

RECEIVED
JUL 22 2024
USDC Clerk's Office

C-5