CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
June 16, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ABDULLAH A. BADIE, a/k/a BRANDON LUIS CROSBY, Plaintiff,** | ) | **Case No. 7:24-cv-00234** |
| **v.** | ) | |
| **LARRY COLLINS, et al., Defendants.** | ) | **By: Michael F. Urbanski Senior United States District Judge** |

**ORDER**

Abdullah A. Badie, a/k/a Brandon Luis Crosby,* a Virginia inmate proceeding pro se, commenced this action under 42 U.S.C. § 1983 by filing a complaint on behalf of himself and three other inmates. Badie was advised that a pleading filed on behalf of multiple plaintiffs must include the signature of each litigant and that he may not appear on behalf of other individuals. See Order, ECF No. 4 (citing Fed. R. Civ. P. 11(a)); see also Simon v. Hartford Life and Accident Ins. Co., 546 F.3d 661, 664 (9th Cir. 2008) ("It is well established that the privilege to represent oneself pro se . . . is personal to the litigant and does not extend to other parties or entities."); Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975) ("[I]t is plain error to permit this imprisoned litigant who is unassisted by counsel to represent his fellow inmates . . . ."). Badie has since filed an amended complaint that lists four plaintiffs, including himself. However, the other named plaintiffs did not sign the complaint. Accordingly, it is

* The plaintiff legally changed his name after filing this action. See Notice of Name Change, ECF No. 28. The court will refer to him using his new name.

hereby **ORDERED** that any claim filed on behalf of Jamaria Crawford, Jarmaine Free, or Sidney Bowman is **DISMISSED** without prejudice.

The Clerk is directed to send a copy of this order to the parties.

It is so **ORDERED**.

Entered: June 16, 2025



Michael F. Urbanski
U.S. District Judge
2025.06.16
11:02:12 -04'00'

Michael F. Urbanski
Senior United States District Judge